

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00069-CV

IN RE PATRICIA SCOZZARI AND
JAMES CAGLE

RELATORS

------------

ORIGINAL PROCEEDING
TRIAL COURT NO. 324-528524-13

------------

## MEMORANDUM OPINION[1]

------------

The court has considered Relators' petition for writ of mandamus and "Motion To Stay" and is of the opinion that relief should be denied. Accordingly, Relators' petition for writ of mandamus is denied and Relators' "Motion To Stay" is denied as moot.

PER CURIAM

PANEL: WALKER, MEIER, and GABRIEL, JJ.

DELIVERED: March 4, 2016

---

[1]See Tex. R. App. P. 47.4, 52.8(d).